IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARWYN DEMOND LEWIS, #43752-177, §<br>    Movant, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>    Respondent. § | CIVIL NO. 3:21-CV-844-N-BK<br>(CRIMINAL NO. 3:11-CR-351-N-1) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 24th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE